# UNITED STATES DISTRICT COURT
## MIDDLE DIVISION OF ALABAMA
### NORTHERN DIVISION

2007 OCT 19  A 11: 50

Gene Martin Auto Sales, Inc.,     )

    Plaintiff,           )

                        )

vs.                  )    Case Number: 2:07 CV 937 - MEF

                        )

Kevin Davis, Jonathan Benson,     )

Kenneth Harmon, Lt. Lockhart,    )

Jason Ously, Michael Poe,       )

and John Shannon           )

                        )

    Defendants.        )

## APPLICATION FOR PRELIMINARY INJUNCTION

Plaintiff, Gene Martin Auto Sales, Inc., for the reasons set forth in the attached complaint, moves the court for a preliminary injunction forbidding the defendants from further interfering with the operation of the plaintiff's business, and requiring the defendants to return to the plaintiff possession of its real estate, all of its checkbooks, records, and other personal property.

_____

Charles Cleveland, Attorney for
Gene Martin Auto Sales, Inc.

**Cleveland & Cleveland, P. C.**
2330 Highland Avenue South
Birmingham, Alabama 35205
(205) 322-1811
(205) 322-1848 (fax)
E-mail: ClevelandAtty@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading by U. S. Mail ____; Facsimile __X__; Hand Delivery ____; on this the 19th day of October, 2007, upon the following:

Chilton County Sheriff's Department
500 Second Avenue North
Clanton, Alabama 35045
(205) 280-7245 (fax)

_____
Charles Cleveland