IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Gene Martin Auto Sales, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case Number:** |
| v. ) | **2:07CV937-MEF** |
| ) | |
| **Kevin Davis, Jonathan Benson,** ) | |
| **Kenneth Harmon, Lt. Lockhart,** ) | |
| **Jason Ousley, Michael Poe, and** ) | |
| **John Shannon,** ) | |
| ) | |
| **Defendants.** ) | |

## AFFIDAVIT OF MICHAEL LAWSON

Comes now, Michael Lawson, having been first duly sworn, and states as follows:

1. I am Michael Lawson, an employee of Gene Martin Auto Sales, Inc., (GMAS), and have been so employed since May of 2005.

2. I am the Service Manager of GMAS and have been Service Manager for the past eleven (11) months.

3. I have also served, since my employment began, as IT Tech for the company in charge of computer maintenance, upgrades, software and data storage.

4. GMAS maintains virtually all business records on its computers. We use software for inventories, repo status, accounting, accounts payable, accounts receivables, billing, service records, salvage records, payroll records, parts records, time-card records, tractor and farm equipment records, body shop records, title records, tax records, business correspondence, faxes, emails, daily receipts and all our forms for use for sales and other business activities.

5. On behalf of GMAS, I personally gave searched the premises of the business for computers and back up data since October 19, 2007, when possession of the premises was returned to GMAS.

6. The Sheriff of Chilton County has taken <u>all</u> computers and backup of the business, excepting backup which is six months old.

7. Upon receiving possession of the property, I found a copy of a search warrant containing an inventory, a copy of which is attached as Exhibit "A" hereto.

8. GMAS must have in order to resume business, return of items designated by the return as #75 - 89, and 101.

9. We also would like returned the file within which GMAS maintained confidential communications from its attorney, Jonathan E. Lyerly, designated as item #111.

10. GMAS is losing approximately twenty thousand dollars ($20,000.00) per day in gross income for all its business activities.

_____
Michael Lawson

STATE OF ALABAMA )
JEFFERSON COUNTY )

Before me, the undersigned, a Notary Public in and for the said County and State, personally appeared Michael Lawson, who is known to me and who being by me first duly sworn, deposes and says that he has read the foregoing Affidavit and that the facts herein are true and correct.

Sworn to and subscribed before me on this 22 day of October, 2007.

_____
Notary Public
My Commission Expires 7-6-2011

## CERTIFICATE OF SERVICE

      In accordance with Local Rule 5.4, I hereby certify that I have electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Winston Sheehan
Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Post Office Drawer 2148
Montgomery, Alabama 36102
(334) 387-3222 (fax)

Winston Sheehan
c/o Jackson & Jackson
P. O. Box 1818
Clanton, Alabama 35045
(205) 755-2009 (fax)

      I hereby certify that I have served a copy of the foregoing affidavit by Facsimile on this the 22nd day of October, 2007, upon the following:

Winston Sheehan
Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Post Office Drawer 2148
Montgomery, Alabama 36102
(334) 387-3222 (fax)

Winston Sheehan
c/o Jackson & Jackson
P. O. Box 1818
Clanton, Alabama 35045
(205) 755-2009 (fax)

_____
Charles Cleveland

Cleveland & Cleveland, P. C.
2330 Highland Avenue South
Birmingham, Alabama 35205
(205) 322-1811
(205) 322-1848 (fax)
E-mail: ClevelandAtty@hotmail.com

68) HANDGUN HOLSTERS
69) LEXAR 4GB CARD
70) 12-PAGES OF RECEIPTS FOR CRUSHED VEHICLES
71) 9-PAGES OF PAPERWORK FROM DISTRICT ATTORNEYS OFFICE.
72) KODAK EASY SHARE CAMERA SER# KCTFY63902795
73) 1-PILL BOTTLE CONTAINING A WHITE POWDER SUBSTANCE
74) HUSQVARNA 455 RANCHER (NO VIN# NUMBER)
75) SONY COMPUTER TOWER SN# 3016798
76) HP PAVILLION COMPUTER TOWER SN# MXM5030368
77) COMPAQ PRESARIO COMPUTER TOWER SN# MXM333062D
78) HI-TECH COMPUTER SYSTEM TOWER SN# 10738
79) HP PAVILLION A30500 SN# CNC336085C
80) IBM THINKPAD SN# L-3 AK497
81) CSI - COMPUTER TOWER SN# CN548267
82) CSI - COMPUTER TOWER SN# CN548264
83) CSI - COMPUTER TOWER SN# CN548265
84) COMPUTER TOWER SN# D7250034420/121
85) COMPAQ PRESARIO SN# CNH6250FD3
86) CSI SN# CN548266
87) HP PAVILION SN# MXN503037H
88) COMPAQ - COMPUTER TOWER SN# MXD32105NV
89) DELL DIMENSION 4600C SN# 1BNKB41
90) COPIES OF THREE CHECKS FROM ROY PRICE, LLC.
91) REGIONS BANK DEPOSIT BOOK ACCT# 2101035743
92) FILE CONTAINING ACCOUNT STATEMENTS FOR REGIONS BANK ACCT# 2103298399
93) FILE FOLDER CONTAINING ASSORTED PAPERWORK ON CRUSHED VEHICLES.
94) 16-PAGES OF RECEIPTS FROM ACIPCO RECYCLING
95) FILE FOLDER CONTAINING ASSORTED PAPERWORK ON CRUSHED VEHICLES.
96) FILE FOLDER LABELED "CITY OF MONTEVALLO 2000"
97) FILE FOLDER LABELED "CARL THRASH BODY 2005"
98) GREEN FILE FOLDER CONTAINING ASSORTED PAPERWORK FROM CARL THRASH BODY SHOP AND SOURCE-ONE SOLUTIONS.
99) FILE FOLDER LABELED SPEEDEE CASH.
100) FILE FOLDER LABELED "RANDALL"
101) $22.00 CASH
102) 7-LORTAB
103) 3-XANAX
104) 2-UNKNOWN ORANGE PILLS/ZIPLOC BAG
105) ASSORTED DOCUMENTS FROM SEC. OFFICE.
106) 1-COMPACT DISC
107) 1-HEWLETT PACKARD COMPUTER
108) DIE SET
109) RIVETS
110) 2-RIVET GUNS
111) FILE LABELED JONATHAN E. LYERLY