IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENE MARTIN AUTO SALES, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-937-MEF |
| | ) |
| KEVIN DAVIS, *et al.*, | ) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on Defendant Kevin Davis's Motion to Dismiss (Doc. # 4). It is hereby ORDERED that on or before **November 2, 2007**, Defendant Kevin Davis shall file a brief in support of his motion. It is further ORDERED that on or before **November 9, 2007**, Plaintiff shall file a response to the motion. Defendant Kevin Davis shall file a reply brief by no later than **November 16, 2007**, at which time the motion shall be deemed under submission.

DONE this the 24th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE