IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENE MARTIN AUTO SALES, INC., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-cv-937-MEF |
| ) | |
| KEVIN DAVIS, et al., ) | (WO- Do Not Publish) |
| ) | |
| DEFENDANTS. ) | |

## **ORDER**

It is hereby ORDERED that all claims in this case against Jonathan Benson, Kenneth Harmon, Lt. Lockhart, Jason Ously, Michael Poe, and John Shannon are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

DONE this the 3rd day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE