UNITED STATES DISTRICT COURT
MIDDLE DIVISION OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Gene Martin Auto Sales, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 2:07cv937-MEF |
| ) | |
| Kevin Davis, Jonathan Benson, ) | |
| Kenneth Harmon, Lt. Lockhart, ) | |
| Jason Ously, Michael Poe, ) | |
| and John Shannon ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Gene Martin Auto Sales, Inc., the plaintiff in the above case, hereby dismisses this action without prejudice pursuant to th Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(I).

_____
Charles Cleveland
Attorney for Gene Martin Auto Sales, Inc.

Cleveland & Cleveland, P. C.
2330 Highland Avenue South
Birmingham, Alabama 35205
(205) 322-1811
(205) 322-1848 (fax)
E-mail: ClevelandAtty@hotmail.com

## CERTIFICATE OF SERVICE

      In accordance with Local Rule 5.4, I hereby certify that I have electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

Winston Sheehan
Ball, Ball, Matthews & Novak, PA
2000 Interstate Park Drive
Suite 204
Post Office Drawer 2148
Montgomery, Alabama 36102
(334) 387-3222 (fax)

      Dated this the 29th day of May, 2008.

_____
Charles Cleveland