**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 29, 2008

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Gene Martin Auto Sales, Inc. vs. Kevin Davis, et al
     Civil Action No. 2:07cv937-MEF

Pursuant to the Notice of Dismissal filed by the plaintiff on 5/29/2008. This case is hereby dismiss without prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(I).